UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYQUAN GIBBS,

               Plaintiff,

        -against-

CURTIS JACKSON; ZACK,

              Defendants.

25-CV-2575 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted the complaint without the filing fees or an IFP application for this court.[1] Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 25-CV-2575 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

## CONCLUSION

    The Court directs Plaintiff, within 30 days of the date of this order, to either pay the $405.00 in fees or submit the attached IFP application. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures

---

[1] Plaintiff submitted a request to proceed *in forma pauperis* on appeal, but the answers he provides are not sufficient to determine whether he cannot afford to pay the fees.

of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court directs the Clerk of Court to send a copy of this order to tyquangibbs3@gmail.com and to provide Plaintiff with a copy of this order should he visit the courthouse in person. Plaintiff is advised that he must update the court with his current mailing address. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024). Attached to this order is a form consenting to receive electronic service if Plaintiff would prefer to receive notifications of filings by email.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 1, 2025
              New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge